UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

APR 0 9 2008

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

RECOG# NEW 0556
05-MG-3101-06

LAURA MORAGA

   It appearing to the Court that the above-named defendant was held in bail by
the United States District Court for the District of New Jersey for appearance
before this Court and that the sum of, TEN THOUSAND DOLLARS,
($10,000.00),  was deposited in the registry of this Court as security for the said
recognizance, and it further appearing that the purposes of said recognizance have
been fulfilled and the said recognizance has been duly canceled of record, it is on
this  4th  day  of APRIL,  2008.

   Ordered that the sum of TEN THOUSAND DOLLARS , ($10,000.00), be paid
to GERSON MORAGA, 201 ELIZABETH ST., BOUND BROOK, N.J. 08880.


GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT